**Motion for Reinstatement, Memorandum Opinion filed March 31, 2015, Withdrawn, Appeal Reinstated, and Order filed, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00124-CV
_____

### ROSEMARY TOOKER, Appellant

### V.

### ALIEF INDEPENDENT SCHOOL DISTRICT, Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2013-06192**

## ORDER

On March 31, 2015, this court issued an opinion dismissing this appeal. On, 2015, appellant filed a motion for reinstatement. The motion is **GRANTED**.

This court's opinion filed March 31, 2015, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

PER CURIAM